IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No: 4:20-cv-75-D

GWENDOLYN WOODS, )
)
Plaintiff, )
)
v. )
)
PRUITTHEALTH, INC AND )
PRUITTHEALTH VETERAN SERVICES )
NORTH CAROLINA, INC. d/b/a NORTH )
CAROLINA STATE VETERANS HOME- )
KINSTON., )
)
Defendants. )
)

## **ORDER**

This matter is before the Court on Defendants' Consent Motion to Compel Arbitration. Plaintiff's claims are subject to Defendants' Dispute Resolution Process ("DRP") and Plaintiff consents to Defendants' motion. The DRP, along with a signed copy of Plaintiff's Acknowledgement of Receipt of the DRP demonstrating her agreement to be bound by it, are attached to Defendants' Motion to Compel Arbitration.

Accordingly, the Court finds that a valid agreement to arbitrate exists between the Plaintiff and Defendants with respect to the claims asserted in Plaintiff's Complaint. Defendants' Motion to Compel is ALLOWED, and, pursuant to 9 U.S.C. § 3, this matter is STAYED pending completion of arbitration in this matter.

This **24** day of **June**, 2020.

_____
J. Dever
United States District Judge